**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**MARIBEL RIVERA ORTIZ**                                              Case No.   11-05783-BKT

                                          Chapter 13          Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO

| I. Appearances | | | Date & Time: 8/17/2011 10:13:00AM |
|---|---|---|---|
| Debtor | [ ] Present | [X] Absent | [ ] R    [X] NR    LV: |
| Joint Debtor | [ ] Present | [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [X] Substitute   M. Vega | | | None |

**II. Oath Administered**
          [ ] Yes                    [X] No

**III. Plan**

Date:   07/07/2011           Base:   $12,000.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:       9/16/2011   2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
    $3,000.00   -   $96.00     =  $2,904.00

**IV. Status of Meeting**

[ ] Closed         [ ] Not Held         [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:    9/29/2011   1:00:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**MARIBEL RIVERA ORTIZ**  Case No.  **11-05783-BKT**

Chapter 13    Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO**

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

Counsel requested continuance since debtor has changes in her income. They will amend plan and schedules accordingly.

**s/Osmarie Navarro**    Date:    08/17/2011

**Trustee/Presiding Officer**    (Rev. 02/11)