IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 11-05783 BKT |
| MARIBEL RIVERA ORTIZ | * |
| | * CHAPTER 13 |
| DEBTOR | * |

**MOTION REQUESTING CONVERSION TO CHAPTER 7**

**TO THE HONORABLE COURT:**

**COMES NOW, MARIBEL RIVERA ORTIZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor may be a debtor under Chapter 7, 11 U.S.C. §1307(f).

2. Debtor may convert a case under Chapter 13 to a case under Chapter 7 of Title 11 at any time, 11 U.S.C. §1307(a).

3. There have been no prior cases and no prior conversions.

4. The Schedules and Statement of Financial Affairs have been filed in the case and unless the court otherwise orders it shall be deemed filed in the Chapter 7 case, Rule 1019(1)(A), Federal Rules of Bankruptcy Procedure.

**WHEREFORE,** the debtor respectfully requests that this Honorable Court grant this motion, convert this Chapter 13 case to one under Chapter 7 and enter relief pursuant to Chapter 7 of Title 11, United States Code.

**NOTICE: Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notification to the following: Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; to the United States Trustee's Office; and I also certify that I have sent a copy of this motion via regular mail to the debtor Maribel Rivera Ortiz, HC 05 Box 48761 Las Piedras PR 00771; and to all creditors appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of September, 2011.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
PO BOX 193677 SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Certifico haber leído esta moción y que la misma fue redactada según mis instrucciones. En Caguas, PR a 3 de septiembre de 2011.

_____
MARIBEL RIVERA ORTIZ

| | |
|---|---|
| RIVERA ORTIZ, MARIBEL<br>HC 05 BOX 4876 1<br>LAS PIEDRAS, PR 00771 | JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 |
| R. Figueroa Carrasquillo<br>Law Office<br>PO Box 193677<br>San Juan, PR 00919-3677 | LEADING EDGE RECOVERY<br>5440 N CUMBERLAND AVE STE 300<br>CHICAGO, IL 60656-1490 |
| AAA<br>PO Box 70101<br>San Juan, PR 00936-8101 | MIDLAND CREDIT MGMT<br>8875 AERO DR<br>SAN DIEGO, CA 92123 |
| AEE<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | MONARCH RECOVERY MANAGEMENT<br>10965 DECATUR ROAD<br>PHILADELPHIA, PA 19154 |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | NCO FINANCIAL<br>PO BOX 15630 DEPT 19<br>WILMINGTON, DE 19850 |
| BANK OF AMERICA<br>PO BOX 53132<br>PHOENIX, AZ 85072-3132 | SAM'S<br>PO BOX 103036<br>ROSWELL, GA 30076-9036 |
| CARLOS R SOSA PADRO ESQ<br>PO BOX 191682<br>SAN JUAN, PR 00919-1682 | SECURITY CREDIT<br>2612 JACKSON AVE W<br>OXFORD, MS 38655 |
| CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076 | WALMART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 |
| FINANCIAL RECOVERY SERVICES<br>PO BOX 385908<br>MINNEAPOLIS, MN 55438-5908 | |
| HOSPITAL HIMA SAN PABLO<br>BOX 4980<br>CAGUAS, PR 00726 | |